

**FILED**
**UNITED** STATES DISTRICT COURT
**LAS CRUCES, NEW MEXICO**

IN THE UNITED STATES DISTRICT COURT

JUN 2 2 2026

FOR THE DISTRICT OF NEW MEXICO

**ERIK PALTROW**
**CLERK OF COURT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 26-2926 SMA |
| | ) | |
| vs. | ) | 18 U.S.C. §§ 1151, 1153, and 113(a)(8): |
| | ) | Assault of a Spouse, |
| **LANCE MARION COJO,** | ) | |
| | ) | |
| Defendant. | ) | |

## INFORMATION

The United States Attorney charges:

On or about October 23, 2025, in Otero County, in the District of New Mexico, the defendant, **LANCE MARION COJO**, a Native American, assaulted Jane Doe, the defendant's spouse, intimate partner, or dating partner, by strangling and attempting to strangle.

In violation of 18 U.S.C. §§ 1151, 1153, and 113(a)(8).

TODD BLANCHE
Acting Attorney General
RYAN ELLISON
First Assistant United States Attorney

JAMES A. DICKENS
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304