# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

| CR 26-2926 SMD | UNITED STATES vs. COJO |
|---|---|

### Before The Honorable Gregory B. Wormuth, United States Magistrate Judge

| Hearing Date: | 6/22/2026 | Time In and Out: | 2:32 p.m.-2:37; 4:01-4:10 (9 min) |
|---|---|---|---|
| Clerk: | V. Ruiz | Digital Recording: | LC-Organ |
| Defendant: | LANCE MARION COJO | Defendant's Counsel: | DARREN ROBINSON |
| AUSA: | THOMAS GODFREY | Interpreter: | N/A  ☐ Sworn  ☐ Waived |

| | |
|---|---|
| ☒ Defendant Sworn | ☐ First Appearance |

☒ Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.

☒ Deft acknowledges receipt of:    **Information**

☒ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.

| ☒ Terms and conditions of proposed plea agreement explained. | ☒ Defendant indicates understanding of its terms. |
|---|---|

☒ Factual predicate to sustain the plea provided.

☒ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication.  Deft advised of charge(s), penalties and possible consequences of the plea.

☒ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).

☒ Deft questioned re time to consult with attorney and if satisfied with his or her representation.

☒ Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges).

☒ Deft pleads GUILTY to:  **Information**

☒ Allocution by Deft on elements of charge(s).

☒ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.

☒ Deft adjudged guilty.

☒ Acceptance of plea agreement deferred until final disposition hearing by district judge.

☒ Sentencing Date: **to be notified**

☒ Defendant to Remain in Custody

| ☐ Present conditions of release continued | ☐ Conditions changed to: |
|---|---|

☐ Penalty for failure to appear explained

| ☒ Presentence Report Ordered | ☐ Expedited (Type III) |
|---|---|

Other Matters: