**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.** **CR No 26-CR-2926 SMD**

**LANCE MARION COJO,**

**Defendant.**

**UNOPPOSED MOTION TO SEAL OBJECTION**

COMES NOW, the Defendant, Lance Marion Cojo, by and through his attorney of record, Assistant Federal Public Defender, Darren Robinson, and respectfully requests that this Court seal Mr. Cojo's Objection to Presentence Report and Unopposed Motion to Seal Objection to Presentence Report to the confidential and personal nature of the matters discussed therein. While there is a presumption that "judicial records should be open to the public," in this case there are specific facts in this case that make sealing these documents necessary pursuant to *United States v. Bacon*, 950 F.3d 1286, 1294 (10th Cir. 2020). *United States v. Pickard*, 733 F.3d 1297, 1303 (10th Cir. 2013). Specifically, the Memorandum contains medical records of the victim in this case. The defendant requests this information remain confidential and respectfully requests this honorable Court seal the Sentencing Memorandum and this Motion to Seal the Sentencing Memorandum.

Assistant United States Attorney, James A. Dickens was contacted, and the government is unopposed to this motion.

Respectfully submitted,

**FEDERAL PUBLIC DEFENDER**
506 S. Main Street, Suite 400
Las Cruces, New Mexico 88001
(575) 527-6930

***Electronically filed on September 24, 2026***
By: */s/ Darren Robinson*
Darren Robinson
Assistant Federal Public Defender